### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JIM P. MOORE, II, | ) |
|     Plaintiff, | ) |
| vs. | )    CIV-12-1409-D |
| CAROLYN W. COLVIN,[1] Acting Commissioner of the Social Security Administration, | ) |
|     Defendant. | ) |

### **ORDER**

Plaintiff brought this action for judicial review of the final decision of Defendant Commissioner of the Social Security Administration denying his application for disability insurance benefits. Pursuant to 28 U. S. C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings.

On October 29, 2013, the Magistrate Judge filed a Report and Recommendation [Doc. No. 12] in which she recommended that the Commissioner's decision be affirmed.  In the Report and Recommendation, the Magistrate Judge advised Plaintiff of his right to object to the findings and conclusions set forth therein, and she scheduled a November 17, 2013 deadline for filing objections. In the Report and Recommendation, the Magistrate Judge also expressly advised Plaintiff that his failure to timely object would constitute a waiver of the right to appellate review of the Report and Recommendation.

The deadline for filing objections has expired, and Plaintiff has not objected or sought an extension of time in which to do so.  Accordingly, the Report and Recommendation [Doc. No. 12]

---

[1] Effective February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, she is substituted for Michael J. Astrue as Defendant in this action.

is adopted as though fully set forth herein.  For the reasons set forth in the Report and Recommendation, the Commissioner's decision denying Plaintiff's application for benefits is affirmed.

IT IS SO ORDERED this 11th day of December, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE